**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Weatherford U.S., LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chance Innis and Noble Casing, Inc., | ) | |
| | ) | Case No.  1:09-cv-061 |
| Defendants. | ) | |

_____

On October 14, 2009, the parties filed a Stipulation for Extension of Time for Defendants to File An Answer to the Complaint.  The court **ADOPTS** the parties' stipulation (Docket No.  7).  The Defendants shall have until October 30, 2009, to file an answer or otherwise repsond to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2009.

                                                                    */s/  Charles S.  Miller, Jr.*
                                                                    Charles S.  Miller, Jr.
                                                                    United States Magistrate Judge