IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Weatherford U.S., LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chance Innis and Noble Casing, Inc., | ) | |
| | ) | Case No.  1:09-cv-061 |
| Defendant. | ) | |

_____

On January 4, 2010, the parties filed a Stipulation for Change of Division Assignment. Therein the agree that the division in this matter be changed to the Northwestern Division.  The court **ADOPTS** the parties' stipulation (Docket No.  19).

**IT IS SO ORDERED.**

Dated this 5th day of January, 2010.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge