**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Weatherford U.S., LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chance Innis and Noble Casing, Inc., | ) | |
| | ) | Case No. 4:09-cv-061 |
| Defendants. | ) | |

_____

The parties submitted an amended scheduling/discovery plan, which was approved by the court and filed on June 14, 2010.  Therein, the parties agreed to extend the dispositive motions deadline until June 1, 2011.  Consequently, the trial set for March 28, 2011, shall be rescheduled for October 17, 2011, at 9:30 a.m. in Bismarck, North Dakota, before Judge Hovland.  A five (5) day trial is anticipated. The final pretrial conference set for March 15, 2011, shall be rescheduled for October 3, 2011, at 10:00 a.m. This conference shall be conducted via conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge