# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Weatherford U.S., LP, | ) |
| | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09-cv-061 |
| | ) |
| Chase Innis and Noble Casings, Inc., | ) |
| | ) |
| Defendants. | ) |

_____

The court held a telephonic discovery conference on March 17, 2011, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37.1 (A) and (B) of the Local Rules of the United States District Court for the District of North Dakota.  Leslie Bakken Oliver participated on the plaintiff's behalf and Scott Knudsvig participated on behalf of the defendants.  The court is satisfied that the parties engaged in a good faith attempt to resolve the discovery dispute that was the subject of the conference prior to contacting the court to arrange a telephonic conference.  The court held a brief status conference as to the discovery dispute.  The parties were unable to reach an agreement during the status conference.

Accordingly, pursuant to the court's discussion with the parties, plaintiff is **ORDERED** to file its motion to compel regarding the computers it seeks to be made available for imaging purposes, and the defendant is **ORDERED** to timely file a response for the court's consideration.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2011.

                                                                                                */s/  Charles S. Miller, Jr.*
                                                                                                 Charles S. Miller, Jr.
                                                                                                 United States Magistrate Judge