# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Weatherford U.S., LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chance Innis and Noble Casing, Inc., | ) | |
| | ) | Case No. 4:09-cv-061 |
| Defendants. | ) | |

___

On July 18, 2011, plaintiff filed a Motion for Pretrial/Scheduling Conference and to Modify Second Amended Scheduling Order. Therein plaintiff averred that the time to complete the discovery permitted under the court's order of June 2, 2011, will affect other existing pretrial deadlines. The court **GRANTS** plaintiff's motion (Docket No 49). The courts shall hold a scheduling conference by telephone with the parties on Friday, July 29, 2011, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2011.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court